# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
Southern
_____ **DIVISION**

Robert C. Fabian
_____

(Enter Above the Name of the Plaintiff in this Action)

vs.

James R. Tillotson et a.

3:21 cv 265

_____

(Enter above the name of the Defendant in this Action)

MICHAEL J. NEWMAN

If there are additional Defendants, please list them:
Planning and Development Permits and Zoning

_____

Kettering Police Department

_____

Kettering Municipal Courts

_____

Judge Long, John Everett, Prosecutor,  Lauren Dever, Public Defender,

_____

## COMPLAINT

I.  Parties to the action:

Plaintiff:  Place your name and address on the lines below.  The address you give must be the address where the court may contact you and mail documents to you.  A telephone number is required.

Robert C. Fabian
_____

Name - Full Name Please - PRINT
2119  W. Bataan Dr
_____

Street Address
Kettering, Ohio 45420
_____

City, State and Zip Code
937-829-3460
_____

Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers.  If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. James Tillotson

Name - Full Name Please

3600 Shroyer Road , Kettering, Ohio 45429

Address: Street, City, State and Zip Code

2. Planning and Development Permits Zoning

3600 Shroyer Road , Kettering, Ohio 45429

3. Kettering Police Department

3600 Shroyer Road , Kettering , Ohio 45429

4. Kettering  Municipal Courts

2325 Wilmington Pike, Kettering, Ohio 45420

5. Judge Long - 2325 Wilmington Pike  , Kettering , Ohio 45420

John Everett, Prosecutor 2325 Wilmington Pike, Kettering, Ohio 45420

6. Lauren Dever, Public Defender , 117 S. Main Street Dayton, Ohio 45422

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

See Attached

Defendant No. 1

| Name | James K Tillotson |
| Job or Title *(if known)* | Inspector, Planning & Development |
| Street Address | 3600 Snryer Rd. |
| City and County | Kettering, Montgomery |
| State and Zip Code | Ohio, 45429 |
| Telephone Number | (937) 296-2441 |
| E-mail Address *(if known)* | |

Defendant No. 2

| Name | Planning & Development |
| Job or Title *(if known)* | Permits & Zoning |
| Street Address | 3600 Snryer Rd. |
| City and County | Kettering Montgomery |
| State and Zip Code | Ohio 45429 |
| Telephone Number | (937) 296-2441 |
| E-mail Address *(if known)* | ~~PETT@TETTETTTETTT~~ Kettprdev@ketteringoh.org |

Defendant No. 3

| Name | Kettering Police Department |
| Job or Title *(if known)* | |
| Street Address | 3600 Snryer Rd. |
| City and County | Kettering, Montgomery |
| State and Zip Code | Ohio 45429 |
| Telephone Number | (937) 296-2555 |
| E-mail Address *(if known)* | Ketteringpolice@ketteringOH.org |

Defendant No. 4

| Name | Kettering Municiple courts |
| Job or Title *(if known)* | courts |
| Street Address | 2325 Wilmington Pike |
| City and County | Kettering, Montgomery |
| State and Zip Code | Ohio 45420 |
| Telephone Number | (937) 296-2461 |
| E-mail Address *(if known)* | Ketteringmunicipecourt.com |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| ✓ | Federal question | | Diversity of citizenship |

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

amendments 4, 5, 6, 9, 14

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  | ) | Case No. |
|---|---|---|
|  | ) | *(to be filled in by the Clerk's Office)* |
|  | ) | Robert C Fabian |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*
–v–

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

James R. Tillotson
Kettering Planning and Development
Judge Lord
Kettering Municiple Court
Kettering Police Officer (T, B, A)

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.    The Parties to This Complaint**

   **A.    The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if
   needed.

   | Name | Robert C. Fabian |
   |---|---|
   | Street Address | 2127 W. Bataan Dr. |
   | City and County | Kettering, Montgomery |
   | State and Zip Code | Ohio 45420 |
   | Telephone Number | (937) 829-3466 |
   | E-mail Address | RobertCFabian1@gmail.com |

   **B.    The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation. For an individual defendant,

1. The Plaintiff(s)

    a.    If the plaintiff is an individual

| The plaintiff, *(name)* | ROBERT C Fabian | , is a citizen of the |
| The State of *(name)* | OHIO | . |

    b.    If the plaintiff is a corporation

| The plaintiff, *(name)* | | , is incorporated |
| under the laws of the State of *(name)* | | , |
| and has its principal place of business in the State of *(name)* | | . |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

| The defendant, *(name)* | JAMes R. Morgan | , is a citizen of |
| the State of *(name)* | Ohio | . Or is a citizen of |
| *(foreign nation)* | | |

    b.    If the defendant is a corporation

| The defendant, *(name)* | Ketterma's Plans Trey f Developman | , is incorporated under |
| the laws of the State of *(name)* | Ohio | , and has its |
| principal place of business in the State of *(name)* | | Ohio |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | | . |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

The price of the house at 2127 W. Bataan Dr. is more than that alone. $75.000 plus court costs and legal fees

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    Where did the events giving rise to your claim(s) occur?

At the address of 2127. W. Bataan Dr.

    B.    What date and approximate time did the events giving rise to your claim(s) occur?

July 22nd, 9:35 am.  Aug 23, 2020 (tow bike)
Sept 3rd, 9:30 am.  July 15, 2021 (tow vehicles)
June 30th, 2019 (trespassing on own home) May 1st 2021

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

I was arrested in my own home for trespassing by mistake,
by Kettering Police Dept. City Inspector James R. Tillson and
Planning and Development constantly strip me of my rights on
my own property. My neighbors have witnessed everything
and will testify. Evidence was manufactured, vehicles stolen towed
and money was stolen during pat downs by officers.

## IV.  Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you
sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation
could not be measured.

I have been searched and publicly humiliated time and time
again. Had to pay multiple times for vehicles to let out of impound
after wrongfully towed. Personally assaulted by Kettering Police officer.
Under mass amounts of stress that have taken a huge toll on my
health. And has ruined all relationships with my family

## V.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal
arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include
the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any
punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or
punitive money damages.

$75000  Pain Suffering, humiliation
defamation, distruction of property

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information,
and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause
unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a
nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions
have     evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable
opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be
served. I understand that my failure to keep a current address on file with the Clerk's Office may result
in the dismissal of my case.

| Date of signing: | 9-22-21 | |
|---|---|---|
| Signature of Plaintiff | Robert Ferguson | |

7

used Authority & Position
of power to Manipulate
the courts and judge into
believing false information
about the home and/or
structure of my residence. + 1/2 truths
obtained, deterred and put every
obstacle possible in my path while
using his power to lead me in
the wrong direction and deter
outside organizations / individuals.
(St Vincent de Paul) from providing
financial help and resources needed
to complete the rehabilitation of my
home. I belive he does not
have the knowledge or credentials
to hold the position he does.
which the title of his position
has changed from building inspector
to property mainthence to
Code Enforcement officer and he
has represented himself as all
titles when I tried to get

2. Said electrical & complaints as reason to board it up. And didn't even allow me to have a proper electrical inspector come inspect the home. I feel like I am being bullied and my rights violated. All im asking is for me to be able to complete the continue the restoration of my property and home and be compensated for my pain + suffering + inconvinience. His goal I feel was never to help me for my property to be completed but to deter and defeat me of my finances to complete my restoration and take my home from me.

his credentials from the Government Building in Kettering was stonewalled and escorted from the building and told to not come back. He told me one thing while reporting other things to his supiriors. Used his power position in the community to fulfill his personal vendetta against me. My home is structurally sound and nowhere near a threat to the community or unsafe. I have been working on this home for the last year and a half and spent 1000's of dollars to fix up my family home and I have always obtained proper permits and inspections during this rehab. Plumbing, gas lines and much more. I also have a brand new roof, drains etc. And, one mans personal issue with me is threatening to take that all away from me. I obtained a permit for my electric the day before he or boarded up my house using

Amendments violated:

Fourth Amendment - which protects people from unreasonable searches and seizures by the government. Example 1, on July 22nd 2021 at 9:35 am, the Kettering Police Dept, the City Inspector, James R. Tillotson and undercovers showed up to my house yelling to come outside with my hands up. While I was at court resolving a registration issue. In front of the judge who signed the search warrant for that morning search. Knowing I wouldn't be present. Then proceeded to break my front door down and raid my house.

Sixth Amendment - which ~~guarantees~~ guarantees the rights of criminal defendents, and the rights to know who my accusers are. I have never been cited for court, because any citation given to me were taken care of well before the date of compliance. Also, I have not been allowed to access any public records ~~~~ dealing with any citation codes I have been given, no access to who is calling me a public nuisance / public danger. because the Police will not let me into the Kettering Building.

Ninth Amendment - says that all rights not listed in the Constitution belong to the PEOPLE not the government. Meaning my Basic Human Rights should have been protected and they were not. For example, on the morning of september 3rd 2021, the Kettering police department, and city inspector James R. Tillotson showed to my house again to serve me the papers to condem and demo my house at the address of 2127 W. Bataan Dr. While being served, I was assaulted by Kettering police officer (later to be named) by being pushed to the ground from behind. I have 2 neighbors as witness to this.

Example 2, I have the right to upkeep and protcet my property.

*Planning and Development*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

| | ) | Case No. | |
|---|---|---|---|
| | ) | | (to be filled in by the Clerk's Office) |

Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

Robert C Fabian

Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

City of Kettering
Planning & development

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.     The Parties to This Complaint**

    **A.     The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
        needed.

| | |
|---|---|
| Name | Robert C. Fabian |
| Street Address | 1212? W. Bataan dR. |
| City and County | Kettering Montgomery |
| State and Zip Code | OHIO 45420 |
| Telephone Number | 937-829-3460 |
| E-mail Address | RobertCFabian1@gmail.com |

    **B.     The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
        individual, a government agency, an organization, or a corporation.  For an individual defendant,

1. The Plaintiff(s)

a. If the plaintiff is an individual

| The plaintiff, *(name)* | Robert C Fabian | , is a citizen of the |
| State of *(name)* | OHIO | . |

b. If the plaintiff is a corporation

| The plaintiff, *(name)* | | , is incorporated |
| under the laws of the State of *(name)* | | , |
| and has its principal place of business in the State of *(name)* | | |
| | | . |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

a. If the defendant is an individual

| The defendant, *(name)* | James R Tillotson | , is a citizen of |
| the State of *(name)* | OHIO | . Or is a citizen of |
| *(foreign nation)* | | . |

b. If the defendant is a corporation

| The defendant, *(name)* | Kettering Pkmugst Auidor | , is incorporated under |
| the laws of the State of *(name)* | OHIO | , and has its |
| principal place of business in the State of *(name)* | OHIO | . |
| Or is incorporated under the laws of *(foreign nation)* | | , |
| and has its principal place of business in *(name)* | | . |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$200,000 plus Court Costs and legal fees

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The City limits of Kettering Ohio

B. What date and approximate time did the events giving rise to your claim(s) occur?

Between the dates of June 30, 2019 and Present date Sept 22, 2021

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

-They have used the Police to keep me off my property. Only allowed to be there during their set times.
- Had the police monitor and harass me, crippling me and my efforts at every move.
- Made it impossible for me to accomplish the restoration and completion of my home b/c of their orders. I couldn't even move items —

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

- Family heir looms have been destroyed and ruined
- My public appearence has been marred by the constant police presence.
- had to break contracts with certain people which cost me money, employment, future business deals.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$200,000

- The boards be removed from my home and unrestricted access be given back to me
- Printed apology and retraction written to Louis at St. Vincent de Paul for giving them false information

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   9-22-21

Signature of Plaintiff _____

include the person's job or title *(if known)*. Attach additional pages if needed.

| Name | City of Kettering |
| Job or Title *(if known)* | Planning + Development  *Permits + Zoning* |
| Street Address | 3600 Shroyer Rd |
| City and County | Kettering Montgomery |
| State and Zip Code | OH 45420 |
| Telephone Number | 937 296 2441 |
| E-mail Address *(if known)* | Kettpnd@Ketteringoh.org |

| Defendant No. 2 | |
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

| Defendant No. 3 | |
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

| Defendant No. 4 | |
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| ✓ | Federal question | | Diversity of citizenship |

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment 4,5,6,9,14

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

III B.
May 1, 2021 - Towed Trailer, Car illegally. All property tagged and not parked illegally

July 13, 2021 - Towed Vehicles

Sept 3rd 2021 Boarded up home—

* false charges against me and I won that in court they towed my vehicle and sold them.

* Assulted me on Sept 3, 2021 Charges are being filed for this Incident. A Kettering officer pushes me while I was attempting to get up off porch

* officer has stolen $220.00 from me during an Search. - Illegal. Beat that one.

* Distruction of my personal belongings during Searches and tows of my vehicles

* theft of property and illegal imprisonment

* On two Seperate occasion refused to take police reports from me stating theft and distruction of my property.

IV Loss of Self Esteem, Self Worth, Self Confidence, Value, Worth

Destruction of Property

Loss of money to tow yards, distruction, on vehicles, time, energy, gas, cost of living since being wrongfully removed from my home (hotels, food, laundry, etc...) distruction of property when served search warrant and haphazardly tossed and trashed my home and belongings

- Social anxiety
  Stress
  agoraphobia
  anxiety
  Stress
  Claiophobia
  Social phobia
  Humiliation
  PTSD
  Insecurity
  Fear
  anger
  Self doubt

* Police Brutality
  the fact that the Police have lost sight of that they are public servants

* Theft of Personal Property

*Kettering Police*

Pro Se ... (Rev. ... 16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT

for the

District of

Division

|  | ) |  |  |
|---|---|---|---|
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) |  |  |
|  | ) | Case No. |  |
|  |  |  | (to be filled in by the Clerk's Office) |
| Plaintiff(s) *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* -v- |  | Robert C Fabian |  |
| Defendant(s) *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* |  | Kettering Police Department |  |

## COMPLAINT AND REQUEST FOR INJUNCTION

**I.  The Parties to This Complaint**

    **A.  The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Robert C Fabian |
| Street Address | 2127 W. Bataan dr |
| City and County | Kettering Montgomery |
| State and Zip Code | Ohio 45420 |
| Telephone Number | 937-859-3460 |
| E-mail Address | RobertcFabian12@gmail.com |

    **B.  The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant,

include the person's job or title (if known). Attach additional pages if needed.

| | Name | Kettering Police Dept |
|---|---|---|
| | Job or Title (if known) | |
| | Street Address | 3600 Shroyer Rd Rd |
| | City and County | Kettering OMontgomery |
| | State and Zip Code | OHIO 45429 |
| | Telephone Number | 937-296-2555 |
| | E-mail Address (if known) | Kettering Police@KetteringOH.org |

**Defendant No. 2**

| | Name | |
|---|---|---|
| | Job or Title (if known) | |
| | Street Address | |
| | City and County | |
| | State and Zip Code | |
| | Telephone Number | |
| | E-mail Address (if known) | |

**Defendant No. 3**

| | Name | |
|---|---|---|
| | Job or Title (if known) | |
| | Street Address | |
| | City and County | |
| | State and Zip Code | |
| | Telephone Number | |
| | E-mail Address (if known) | |

**Defendant No. 4**

| | Name | |
|---|---|---|
| | Job or Title (if known) | |
| | Street Address | |
| | City and County | |
| | State and Zip Code | |
| | Telephone Number | |
| | E-mail Address (if known) | |

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332 a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

| | ✓ | Federal question | | Diversity of citizenship |
|---|---|---|---|---|

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Amendment 4,5,6,9,14

### B.  If the Basis for Jurisdiction Is Diversity of Citizenship

a.    If the plaintiff is an individual

| | | |
|---|---|---|
| The plaintiff, *(name)* | Robert C Fabian | , is a citizen of the |
| State of *(name)* | OHIO | |

b.    If the plaintiff is a corporation

| | | |
|---|---|---|
| The plaintiff, *(name)* | | , is incorporated |
| under the laws of the State of *(name)* | | |
| and has its principal place of business in the State of *(name)* | | |

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

| | | |
|---|---|---|
| The defendant, *(name)* | | , is a citizen of |
| the State of *(name)* | | . Or is a citizen of |
| *(foreign nation)* | | |

b.    If the defendant is a corporation

| | | |
|---|---|---|
| The defendant, *(name)* | KPD | , is incorporated under |
| the laws of the State of *(name)* | OHIO | , and has its |
| principal place of business in the State of *(name)* | OHIO | |
| Or is incorporated under the laws of *(foreign nation)* | | |
| and has its principal place of business in *(name)* | Kettering OHIO | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$200,000.00 Plus Court Cost + legal fees

III.    **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

City of Kettering OHIO MONTGOMERY County

B.    What date and approximate time did the events giving rise to your claim(s) occur?

June 30th 2019 Or Arrested for trespassing In a home that I own
July 22, 2020 935AM. illegally Searched my home distroyed property
August 23. 2020 towed bike illegally prevented me from getting release from tow yard after owners shown

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*All of these events*

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

*I have been degraded, belittled, humiliated, embarrased, hurt physically and emotionally. Mental anguish, Public humiliation, defamation of character, Pain and suffering*

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*$200.000.00 Vehicles, time, money, suffering, humiliation, defamation, frustration, Cost of living expenses, Property distruction*

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

| | | |
|---|---|---|
| Date of signing: | *9-22-21* | |
| Signature of Plaintiff | *Robert Fabian* | |

C.

from my home to the outside to complete a
portion of repair without being harassed, and
threatened for even one night.

- Withheld vital information and stalled me and
used the police to keep me from obtaining public
information.

- Believe they have inspectors who are not qualified
and do not meet state criteria.

- Sold me a permit and still boarded my home, the
very next day using the electrical issues as the
reasoning.

- Manipulated documents. 2 copies, different dates

- Withheld information that is supposed to be
available to the public from me.

- One inspector gave false information (lied) to
my neighbors who will testify if given the
opportunity. Slander.

- Inspectors told non profits (St Vincent de paul)
false information so they would not help me financially
as they had already agreed. Inspector told them I
would not be residing there so they pulled their funds
out and gave out private information which was also
false without my consent leading to them not
helping me as planned which severly hurt my
attempts at fixing my home

- Had the plumbers co who came out to fix the gas lines dig back up the plumbing from the other side of my yard. The plumber or inspector turned on the water which lead to a leak and by him turning the water back on the company charged me with tampering.

- Illegally kept me from my home even tho I had water and electric (thru my own source) by threats of arrest impairing the progress of my remodeling and restoring of my home.

- Told me I had to have electric through DP+L and could not run off my generator

- DP+L and Kettering Inspectors are fraudulently monopolizing the inspection fee telling customers it must be inspected by "Kettering Inspectors" when law is inspector just must be licensed electrical inspector

IV. - For the last two years I have been forced to live out of my car, hotels, and anywhere I can even though I own my own home. They have exhausted my finances, time, and energy by fabricating stories and lies about the condition of my home. Without the constant interference and harassment of the Kettering planning and development department my house would have long been completed.

- Tarnished my neighbors opinions and views of me
- I feel like they have attempted to gain control of my home. To prevent me from my goal of completion of the property restoration. Yet despite all my obstacles I have finally gotten all the material and funding needed to finish the home through my mothers probate. And once they found out about the probate they decide to take my home. When they realized the completion was near they did this.

- Cost of living out of my home for 2 years.

- Projects not completed or materials ruined due to jump ing thru their hoops.

- Nearly put my whole life at a standstill. Controlled my every move. It is beyond harassment! It is bullying when there are numerous properties all around me in far worse shape. I am being singled out and picked on.

Plantiet — Robert C Fabian

Defendant — City of Kettering municiple
Courts and or Judge long and Prosecutor
Everette

‒  Basis for Jurisdiction

✓ Federal Questions

A— Amendments 4, 5, 6, 9, 14

B= Robert C Fabian
OHIO

‒  2 defendants
A—

B= Kettering municiple Courts and other
Stated parties  Ohio, Ohio, Kettering Ohio

3. $200,000 ⁰⁰ plus Court Costs +
legal fees

II. A— City of Kettering Ohio, Montgomery
County at the Kettering Municipal
Courts.

‒ B— August 26, 2019
Mr Everett  Kept me outside the Court room for between
2½ + 3 hrs trying to make me cut a deal

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption.
(Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

Case Number        Caption

_____   _____ vs. _____

_____   _____ vs. _____

_____   _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal
argument, cite no case or statutes.

I also ask the court to stop
the PlAning & Development and
Kettering Counts order to
Demolish my home or
And Changing me by A lien
agAiNst the property and let
me finish my remodel that is
finally acomplish able and have
the iNspectioNS I pAid them
for They said it wAS to happeN
on or aroUNd Oct 3rd.

_____

_____

_____

I state under penalty of perjury that the foregoing is true and correct. Executed on

this _9_ day of ___Sept 23___, 20_21_

_Robert Fabian_____

Signature of Plaintiff

-4-