Case: 3:21-cv-00265-MJN-PBS Doc #: 27 Filed: 08/17/22 Page: 1 of 1 PAGEID #: 325

FILED
RICHARD W. NAGEL
CLERK OF COURT

8/17/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| ROBERT C. FABIAN | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:21-cv-265 |
| JAMES R. TILLOTSON, et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Complaint is DISMISSED with Prejudice; Defendants' Motion to Dismiss and Motion for Judgment on the Pleadings is GRANTED; and this case is terminated on the Court's Docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Michael J. Newman on Decision and Entry Motions.

Date: 17 August 2022

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*